**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ALEXANDER JONES**                                                    **PLAINTIFF**

**VS.**                                  **CIVIL ACTION NO 4:06-CV-00078- LRA**

**NURSE "UNKNOWN" LEWIS**                                   **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the [40] and [44] Memoranda Opinions and Orders entered by this Court granting summary judgment in favor of Defendants, this cause is hereby finally dismissed with prejudice. Final judgment is entered in favor of all of the Defendants.

IT IS, THEREFORE, HEREBY ORDERED that the Complaint is dismissed with prejudice and Final Judgment is entered in favor of all Defendants.

SO ORDERED THIS the 14th day of September 2009.

                                                                       S/Linda R. Anderson
                                                     UNITED STATES MAGISTRATE JUDGE